BRENDAN E. RADKE (SBN 275284)
*bradke@goodwinlaw.com*
**GOODWIN PROCTER** LLP
Three Embarcadero Center
San Francisco, California 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041

Attorneys for Defendants BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION

**GRANTED**
Judge Yvonne Gonzalez Rogers
6/6/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN C. ALEXANDER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>Defendants. | Case No. 4:18-cv-02814-YGR<br><br>**STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT WITHOUT COURT ORDER PURSUANT TO CIVIL LOCAL RULE 6-1**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Action Filed: May 12, 2018 |

Pursuant to Civil Local Rule 6-1, Plaintiff Karen C. Alexander ("Plaintiff") and Defendants Bank of America, N.A. and Bank of America Corporation ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint on May 12, 2018 (Dkt. 1);

WHEREAS, the Complaint was served on Defendants on May 16, 2018;

WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants' last day to respond to the Complaint by motion or answer is currently June 6, 2018;

WHEREAS, the parties have conferred and have agreed to extend the time within which Defendants may answer or otherwise respond to the Complaint;

WHEREAS, the proposed stipulated extension will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, pursuant to Civil Local Rule 6-1, "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order";

NOW THEREFORE, the parties hereby stipulate and agree that Defendants shall respond to the Complaint on or before June 20, 2018.

**IT IS SO STIPULATED**.

Dated: June 1, 2018                                  GOODWIN PROCTER LLP

                                                    By:   */s/ Brendan E. Radke*
                                                          Brendan E. Radke

                                                    Attorneys for Defendants BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION

Dated: June 1, 2018                                  HEDIN HALL LLP

                                                    By:   */s/Frank S. Hedin* (with permission 5/31/18)
                                                          Frank S. Hedin

                                                    Attorneys for Plaintiff KAREN C. ALEXANDER

## ATTORNEY ATTESTATION

I, Brendan E. Radke, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

By:    */s/ Brendan E. Radke*
        Brendan E. Radke

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 1, 2018. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 1st day of June 2018.

/s/ *Brendan E. Radke*
Brendan E. Radke