David W. Hall (SBN 274921)
dhall@hedinhall.com
Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Dr.
Los Angeles, CA 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Counsel for Plaintiff*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
3/12/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN C. ALEXANDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; and BANK OF AMERICA CORPORATION,<br><br>Defendants. | Case No. 4:18-cv-02814-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Karen C. Alexander hereby dismisses the above-entitled action against Bank of America, N.A. and Bank of America Corporation in its entirety and with prejudice, without costs, disbursements or attorneys' fees to any party. The claims of the putative class are dismissed without prejudice.

Dated: March 8, 2019

By: /s/ Frank S. Hedin
 Frank S. Hedin

 Attorney for Plaintiff
 KAREN C. ALEXANDER

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on March 8, 2019. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

By: /s/ Frank S. Hedin
Frank S. Hedin